UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| GUY RANDY WHITEHORSE, | Civil No. 13-2922 PJS/AJB |
| Petitioner, | |
| v. | O R D E R |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Arthur J. Boylan dated November 1, 2013, all the files and records, and no objections having been filed to said Recommendation,

IT IS HEREBY ORDERED that:

1. Petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, (Docket No. 1), is **DENIED**; and

2. This action is summarily **DISMISSED** for lack of jurisdiction.

DATED: November 22, 2013.

                                                      s/Patrick J. Schiltz
                                                    Judge Patrick J. Schiltz
                                                    U. S. District Court